UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INFORMATION |
| | ) | CR 416-165 |
| ERIC Z. HORTON | ) | |
| | ) | |
| Defendant | ) | |

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 JUL 17 AM II 42
CLERK
SO. DIST. OF GA.

## ORDER

The Government's motion to dismiss the foregoing Information without
prejudice is GRANTED.

SO ORDERED, this 17th day of July, 2018.

HON. G. R. SMITH
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA